**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00898 SPM |
| | ) | |
| DONNA ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### OPINION, MEMORANDUM AND ORDER

This 42 U.S.C. § 1983 civil rights action was dismissed on July 15, 2026, after self-represented Plaintiff Rex Gunther failed to comply with the Court's Order dated June 10, 2026, requiring him to either pay the $405 filing fee or submit an Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF No. 3].

On July 27, 2026, Plaintiff filed a motion to reopen the present action alleging that he believed he filed a check for the filing fee in February of this year. However, this case was not filed in this Court until June 9, 2026. Because Plaintiff is factually mistaken,[1] the Court will deny Plaintiff's motion to reopen.

The Court has no obligation to reopen this closed action past the time on which Plaintiff's Application to Proceed in Forma Pauperis and/or the filing fee was due. Federal district courts have the "inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). "The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered

---

[1] Plaintiff has filed approximately 42 civil rights actions in this Court. It is possible that the filing fee sent in February of this year was applied to a prior case filed by Plaintiff.

an inherent power, governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Linkv. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962); *see Widtfeldt v. Daugherty*, 587 F. App'x 992 (8th Cir. 2014).

Given these tenets, the Court will deny Plaintiff's motion to reopen this matter. Plaintiff will not be allowed to file any additional documents or pleadings in this closed action unless they relate to an appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to reopen the present matter [ECF No. 4] is **DENIED.**

**IT IS FURTHER ORDERED** that an appeal of this matter should not be taken in good faith.

**IT IS FURTHER ORDERED** that Plaintiff shall not be allowed to file any additional documents or motions in this closed action unless they relate to an appeal.

Dated this 30th day of July, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2